**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

RAY STOLL, *et al.*,

    Plaintiffs,

v.                                      Case No. 8:20-cv-01798-CEH-AAS

MUSCULOSKELETAL INSTITUTE,
CHARTERED,

    Defendant.
_____/

**DEFENDANT'S LIMITED RESPONSE TO PLAINTIFFS'**
**MOTION TO LIFT STAY AND RENEW PLAINTIFFS' MOTIONS**

Defendant Musculoskeletal Institute, Chartered d/b/a Florida Orthopaedic Institute ("FOI"), pursuant to Paragraph 4 of the Court's February 18, 2021 Order granting FOI's Motion to Stay [ECF 79] (the "Stay Order"), and in limited response to Plaintiffs' Motion to Lift Stay and Renew Plaintiffs' Motions (the "Motion to Lift Stay") [ECF 80] states:

1. On February 18, 2021, the Court entered the Stay Order pending the United States Supreme Court decision in *TransUnion v. Ramirez*.

2. The *TransUnion* decision — which holds that putative class action plaintiffs must show "concrete harm" for class certification — was issued on June 25, 2021. *See TransUnion LLC v. Ramirez*, 141 S. Ct. 2190 (U.S. 2021)

3. Pursuant to Paragraph 4 of the Stay Order, the Court directed the parties, by July 14, 2021, to "move to lift the stay and re-open the case and renew any previously pending motion."

1

4. **First**, Defendant has no objection to lifting the stay and re-opening the case.[1]

5. **Second**, pursuant to the Stay Order, Defendant renews the following previously-pending and fully-briefed motions:

    a.    FOI's Motion to Dismiss Complaint [ECF 14]; and

    b.    FOI's Objections to Magistrate Order [ECF 44] on FOI's Motion to Strike Portions of Plaintiffs' Amended Initial Disclosures and to Stay Case [ECF 29].

6. Both pending motions include Notices of Supplemental Authority regarding two Eleventh Circuit decisions: *Muransky v. Godiva Chocolatier, Inc.*, 979 F.3d 917 (11th Cir. Oct. 28, 2020) [ECF No. 36] and *I Tan Tsao, v. Captiva MVP Restaurant Partners, LLC,* 986 F.3d 1332 (11th Cir. Feb. 4, 2021) [ECF 64].[2]

7. **Third**, FOI requests time to file Objections to the February 16, 2021 Magistrate Order granting, in part, Plaintiffs' Motion to Compel [ECF 78] which was entered two days prior to entry of the Stay Order. Plaintiffs' request in the Motion to Lift Stay to "set a deadline for the relief granted" [ECF 80 at p. 3-4] is premature. The time for FOI to file such Objections to the Magistrate Order was tolled by the Stay Order.

---

[1] Contrary to Plaintiffs' representations in the Motion to Lift Stay and the L.R. 3.01(G) Certificate, FOI's lead counsel did not state to Plaintiffs' counsel that FOI "reserved all rights" when it agreed to lifting of the stay. ECF 80 at p. 3, 4.

[2] *TransUnion* is additional and dispositive authority for granting the motions.

8. **Finally**, in an apparent effort to mitigate *TransUnion's* substantial impact on their claims, Plaintiffs inaccurately suggest that FOI made untrue representations to the Court as to its position on Plaintiffs' Article III standing [ECF 80 at p. 2].[3] FOI requests leave to file a two-page response to address that accusation.

WHEREFORE, FOI (i) renews the aforementioned motions [ECF 14, 44, 36, 64]; (ii) requests the scheduling of a deadline to file Objections to the February 16, 2021 Magistrate Order [ECF 78]; and (iii) requests leave to file a two-page response to the Motion to Lift Stay to address Plaintiffs' inaccurate statements as to FOI's position on Article III standing.

Dated:  July 14, 2021

s/ *Aaron S. Weiss*
Alan Rosenthal (FBN 220833)
arosenthal@carltonfields.com
Natalie J. Carlos (FBN 0146269)
ncarlos@carltonfields.com
Aaron S. Weiss (FBN 48813)
aweiss@carltonfields.com
Carlton Fields, P.A.
Suite 1200
700 NW 1st Avenue
Miami, FL 33131
(305) 530-0050

and

---

[3] In the parties' July 12, 2021 meet-and-confer telephone conference, Plaintiffs' counsel advised FOI's lead counsel that they intended to only file a "vanilla" motion limited to lifting the stay, re-opening the case and advising of pending motions, without including argument or editorializing.

Joseph W. Swanson (FBN 29618)
jswanson@carltonfields.com
Carlton Fields, P.A.
Suite 1000
4221 W. Boy Scout Boulevard
Tampa, Florida 33607
(813) 223-7000

*Attorneys for Defendant*