UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**RAY STOLL and HEIDI IMHOF,**
individually and o/b/o all others
similarly situated,

    **Plaintiffs,**

v.                                            **Case No. 8:20-cv-1798-CEH-AAS**

**MUSCULOSKELETAL INSTITUTE,**
**CHARTERED d/b/a FLORIDA**
**ORTHOPAEDIC INSTITUTE,**

    **Defendant.**
_____/

## ORDER

Plaintiffs Ray Stoll, Heidi Imhof, and Chase Whitman move for attorneys' fees pursuant to their preliminarily approved class action settlement with Defendant Musculoskeletal Institute, Chartered d/b/a Florida Orthopaedic Institute. (Doc. 100). Defendant does not oppose the motion. (*Id*. at 22). An in camera review of Plaintiffs' unredacted billing records will help determine the reasonableness of Plaintiffs' attorneys' requested fees. Plaintiffs' motion for attorneys' fees (Doc. 100) is thus **TAKEN UNDER ADVISEMENT** pending an in camera review of the unredacted billing records. Plaintiffs must submit an unredacted copy of their attorney's fees billing records by **July 15, 2022**. Plaintiffs must email their unredacted billing records to

chambers_flmd_sansone@flmd.uscourts.gov. The court will then file the unredacted billing records under seal.

**ORDERED** in Tampa, Florida on July 6, 2022.

*Amanda Arnold Sansone*

AMANDA ARNOLD SANSONE
United States Magistrate Judge